# United States District Court

## Northern District of Indiana

Diana Pavlack
           Plaintiff

JUDGMENT IN A CIVIL CASE

v.

Case No. 3:96cv810RM

Dwyer Instruments, Inc.
           Defendant

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is granted for defendant Dwyer Instruments and against plaintiff Diana Pavlack.

**Equivalent Coupon Issue Yield:** n/a

This document entered pursuant to Rules 79(A) and 58 of the Federal Rules of Civil Procedure on:

Dated: February 17, 1998

Stephen R. Ludwig, Clerk

By _____
          Deputy Clerk